McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

FILED
AUG 06 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN RE: SEARCH WARRANT AUTHORIZED TO SEARCH: | CASE NO. 1:18-SW-318 EPG |
|---|---|
| (1) 6135 Avenue 248 Tulare, California, 93724; <br> (2) 2002 Nissan Pathfinder, grey/silver in color, CA license 5VSD392; <br> (3) 2013 Honda Fit, blue raspberry metallic in color, CA license 6WJF175 | SEALING ORDER <br><br> **UNDER SEAL** |

The United States having applied to this Court for an order permitting it to file under seal the search warrants, search warrant application and affidavit, and its application to seal in the above-captioned proceedings, and good cause appearing thereof,

IT IS SO ORDERED, that the complaint and complaint affidavit, application to seal and this Order in the above-entitled proceedings, shall remain <u>under seal</u> and shall not be disclosed pending further order of this Court.

Dated: August 6, 2018

_____
The Honorable Erica P. Grosjean
United States Magistrate Judge

SEALING ORDER                    1