IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the SEARCH of:<br><br>6135 Avenue 248<br>Tulare, California, 93724 | CASE NO. 1:18-SW-00318-EPG<br><br>ORDER TO UNSEAL SEARCH WARRANT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the search warrant filed on August 6, 2018, be unsealed and become public record.

DATED: 2/13/19

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE